THEODORE E. BACON (CA Bar No. 115395)
tbacon@adorno.com
TUYET TRAN (CA Bar No. 245699)
ttran@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800 / Fax: (714) 852-6899

Attorneys for Cross-Defendant and
Cross Complainant POWER GEAR

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JIMMIE FRENKEN and KATHLEEN FRENKEN,<br><br>Plaintiffs,<br><br>v.<br><br>B & B HOMES CORP., a corporation, doing business as TETON HOMES;, PROGRESSIVE HOUSING, INC., a corporation, doing business as HAPPY DAZE RV'S; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.:** 2:08-cv-01031 JAM - EFB<br><br>**STIPULATION OF ALL PARTIES TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REPORTS AND TO ALLOW FOR EXPERT DEPOSITIONS; ORDER**<br><br>**Trial Date:** May 11, 2009<br>**Pre Trial Date:** March 20, 2009<br>**Discovery Cutoff:** December 15, 2008 |

Plaintiffs JIMMIE FRENKEN and KATHLEEN FRENKEN, Defendant B&B HOMES CORP., (dba TETON HOMES), Defendant PROGRESSIVE HOUSING, INC., (dba HAPPY DAZE) and Cross Defendant and Cross-Complainant POWER GEAR ("POWER GEAR") present the following request to extend the time for exchange of expert witness reports based on the following agreed facts:

PDF created with pdfFactory trial version www.pdffactory.com

1. Trial in this matter is set for May 11, 2009.

2. The Pre-Trial Conference is set for March 20, 2009.

3. The Discovery Cutoff is December 15, 2008.

4. This matter involves a Magnuson Moss Claim concerning a travel trailer owned by Plaintiffs.  The parties have set an inspection and arranged for limited testing in connection with the travel trailer on November 12, 2009.  This inspection requires the participation of all counsel for the parties, all experts and certain technicians of Cross Defendant POWER GEAR. All parties have cleared this date for the inspection.

5. In light of this inspection and in order to provide sufficient time after the inspection for completion and disclosure of the experts' reports under Rule 26, the parties need more time than is provided by the current Scheduling Order.

6. By their signatures below, all parties have agreed and hereby request the Court extend the expert witness disclosure date to December 22, 2008, and further provide for extension of the discovery cutoff solely for purposes of allowing for depositions of experts to January 30, 2009.

7. No party has made any prior request to continue the time for expert disclosures, Pre-Trial or Trial of this matter.

Except as requested herein, the parties do not seek any modification of the Court's July 8, 2008, Scheduling Order and understand that except as modified herein,

PDF created with pdfFactory trial version www.pdffactory.com

said Order, including the dates for Pre-Trial and Trial, remain as stated in said Order.

**SO STIPULATED:**

DATED: October _____, 2008     ADORNO YOSS ALVARADO & SMITH

By:_____
THEODORE E. BACON
Attorneys for Cross Defendant
POWER GEAR

DATED: October _____, 2008     LAW OFFICES OF RENE KORPER

By: _____
RENE KORPER
Attorneys for Plaintiffs JIMMIE FRENKEN and KATHLEEN FRENKEN

DATED: October _____, 2008     BOLLING & GAWTHROP

By: _____
JOHN P. COLEMAN
Attorneys for Defendant and Cross-Complainant PROGRESSIVE HOUSING, INC., dba HAPPY DAZE RV'S

DATED: October _____, 2008     NAGELEY MEREDITH & MILL

By: _____
ANDREA M. MILLER
Attorneys for Defendant and Cross-Complainant B&B HOUSING dba TETON HOMES

**IT IS SO ORDERED:**

DATED: November 3, 2008          /s/ John A. Mendez
                                 UNITED STATES DISTRICT COURT JUDGE

3

**STIPULATION OF ALL PARTIES TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REPORTS**
1064735.1

PDF created with pdfFactory trial version www.pdffactory.com