THEODORE E. BACON (CA Bar No. 115395)
tbacon@adorno.com
TUYET TRAN (CA Bar No. 245699)
ttran@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800 / Fax: (714) 852-6899

Attorneys for Cross-Defendant and
Cross Complainant POWER GEAR

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JIMMIE FRENKEN and KATHLEEN FRENKEN,<br><br>Plaintiffs,<br><br>v.<br><br>B & B HOMES CORP., a corporation, doing business as TETON HOMES;, PROGRESSIVE HOUSING, INC., a corporation, doing business as HAPPY DAZE RV'S; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.:** 2:08-cv-01031 JAM - EFB<br><br>**STIPULATION OF ALL PARTIES TO EXTEND TIME TO FILE STIPULATION TO DISMISS; ORDER**<br><br>**Trial Date: Vacated**<br>**Pre Trial Date: Vacated** |

Plaintiffs JIMMIE FRENKEN and KATHLEEN FRENKEN, Defendant B&B HOMES CORP., (dba TETON HOMES), Defendant PROGRESSIVE HOUSING, INC., (dba HAPPY DAZE) and Cross Defendant and Cross-Complainant POWER GEAR ("POWER GEAR") present the following request to extend the time for filing of a Stipulation to Dismiss based on the following agreed facts:

1

**STIPULATION OF ALL PARTIES TO EXTEND TIME TO FILE STIPULATION TO DISMISS**
1078625.1

PDF created with pdfFactory trial version www.pdffactory.com

1. This matter was settled at a Mediation held April 2, 2009.

2. The settlement terms provide for transfer of Plaintiff's 5th wheel travel trailer to defendant PROGRESSIVE HOUSING, INC. and payoff of the lien on the travel trailer. Certain documentation necessary to transfer the travel trailer and pay off the loan is being prepared but is not complete.

3. The settlement terms provide that payment by Power Gear is due not later than 30 days from the date the settlement agreement was signed by plaintiff. The settlement agreement is finalized and was signed by plaintiff on April 20, 2009, so Power Gear's payment is due May 20, 2009, at the latest.

4. By their signatures below, all parties have agreed and hereby request the Court extend the time to file a stipulation to dismiss the case to May 26, 2009, so that all documentation necessary to finalize settlement of the case can be completed and all payments made within the time allotted in the settlement agreement.

5. No party has made any prior request to continue the time for filing the Stipulation for Dismissal.

**SO STIPULATED:**

DATED: May 6, 2009            ADORNO YOSS ALVARADO & SMITH

                              By:  /s/ Theodore E. Bacon
                              THEODORE E. BACON
                              Attorneys for Cross Defendant
                              POWER GEAR

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: May 6, 2009 | | LAW OFFICES OF RENE KORPER |

By: /s/ Rene Korper
    RENE KORPER
   Attorneys for Plaintiffs JIMMIE FRENKEN and KATHLEEN FRENKEN

DATED: May 5, 2009            BOLLING & GAWTHROP

By: /s/ John P. Coleman
    JOHN P. COLEMAN
   Attorneys for Defendant and Cross-Complainant PROGRESSIVE HOUSING, INC., dba HAPPY DAZE RV'S

**IT IS SO ORDERED:**

DATED: May 6, 2009           /s/ John A. Mendez
                                             UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com