1 THEODORE E. BACON (CA Bar No. 115395)
tbacon@adorno.com
2 TUYET TRAN (CA Bar No. 245699)
ttran@adorno.com
3 ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
4 1 MacArthur Place, Suite 200
Santa Ana, California 92707
5 Tel:  (714) 852-6800 / Fax: (714) 852-6899

6 Attorneys for Cross-Defendant and
Cross Complainant POWER GEAR

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

10

| | |
|---|---|
| 11  JIMMIE FRENKEN and<br>KATHLEEN FRENKEN, | **CASE NO.:** 2:08-cv-01031 JAM - EFB |
| 12 | |
| 13            Plaintiffs, | **STIPULATION OF ALL PARTIES** |
| | **TO ORDER DISMISSING CASE** |
| 14  v. | **WITH PREJUDICE;** |
| | **ORDER** |
| 15 | |
| 16  B & B HOMES CORP., a corporation, | **Trial Date:  Vacated** |
| doing business as TETON HOMES;, | **Pre Trial Date:  Vacated** |
| 17  PROGRESSIVE HOUSING, INC., a<br>corporation, doing business as HAPPY<br>DAZE RV'S; and | |
| 18  DOES 1 through 50, inclusive, | |
| 19 | |
| 20            Defendants. | |
| 21 | |

22

23        Plaintiffs JIMMIE FRENKEN and KATHLEEN FRENKEN, Defendant B&B

24 HOMES CORP., (dba TETON HOMES), Defendant PROGRESSIVE HOUSING,

25 INC., (dba HAPPY DAZE) and Cross Defendant and Cross-Complainant POWER

26 GEAR ("POWER GEAR") represent to the Court that all actions necessary to

27 consummate the settlement in this matter have been accomplished and do stipulate to

28

1

**STIPULATION TO DISMISS; ORDER TO DISMISS**

1080110.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

PDF created with pdfFactory trial version www.pdffactory.com

and request the Court enter an Order dismissing this matter, including the complaint and all cross actions, with prejudice.

**SO STIPULATED:**

DATED:  May 21, 2009                    ADORNO YOSS ALVARADO & SMITH

By: _____/s/ Theodore E. Bacon_____
THEODORE E. BACON
Attorneys for Cross Defendant
POWER GEAR

DATED:  May 31, 2009                    LAW OFFICES OF RENE KORPER

By: _____/s/ Rene Korper_____
RENE KORPER
Attorneys for Plaintiffs JIMMIE
FRENKEN and KATHLEEN
FRENKEN

DATED: May 20, 2009                    BOLLING & GAWTHROP

By: _____/s/ John P. Coleman_____
JOHN P. COLEMAN
Attorneys for Defendant and Cross-
Complainant PROGRESSIVE
HOUSING, INC., dba HAPPY DAZE
RV'S

**ORDER**

Based on the representation to the Court by all counsel that all actions necessary to consummate the settlement in this matter have been accomplished and that all parties do stipulate to and request,

**IT IS HEREBY ORDERED** that the entire action, including the complaint and all cross actions is hereby dismissed with prejudice.

DATED:  June 2, 2009                    /s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

2

**STIPULATION TO DISMISS; ORDER TO DISMISS**

1080110.1

PDF created with pdfFactory trial version www.pdffactory.com